KOBBE *v.* PETERSON.

HINES, J. Under the pleadings and the evidence submitted upon the hearing, the judge did not abuse his discretion in refusing an interlocutory injunction.   .   *Judgment affirmed. All the Justices concur.*
No. 2996. JULY 12, 1922.
Petition for injunction. Before Judge Meldrim. Chatham superior court. December 9, 1921.

*F. A. Tulen,* for plaintiff.

*N. J. Norman* and *I. C. Farthing,* for defendant.·